

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00063-CR

## EX PARTE TERRY LEE EDDINGTON

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. 32534-A**

## MEMORANDUM OPINION

The legally significant facts and the legal issues in this appeal are not different from those in *Ex Parte Thompson,* No. 10-22-00162-CR, 2022 Tex. App. LEXIS 7415 (Tex. App.—Waco, Oct. 5, 2022, no pet.) (not designated for publication) and *Ex Parte Valero,* No. 08-22-00172-CR, 2023 Tex. App. LEXIS 901 (Tex. App.—El Paso, Feb. 13, 2023, pet. granted) (not designated for publication). The parties are familiar with the facts and the issues as argued. Accordingly, there is no need to reiterate them in this memorandum opinion. TEX. R. APP. P. 47.4. The issue raised by Eddington in this proceeding is not cognizable via a pretrial application for a writ of habeas corpus. *See Ex Parte Valero*, 2023 Tex. App. LEXIS 901, *7-10; *Ex Parte Thompson,* 2022 Tex. App. LEXIS 7415, *8. Accordingly Eddington's sole issue is overruled, and the trial court's order denying

Eddington's application for a writ of habeas corpus is affirmed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Affirmed
Opinion delivered and filed June 21, 2023
Do not publish
[OT06]

